CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 11 2019

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ALESSANDRO CANCIAN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 7:18-CV-283 |
| HANNABASS AND ROWE, INC., | ) |
| and | ) |
| LINDSAY MICHELLE STINSON, | ) |
| Defendants. | ) By:  Michael F. Urbanski |
| | ) Chief United States District Judge |

## ORDER

The parties to this case have filed a joint stipulation of dismissal, advising that they have agreed to dismiss this action with prejudice, with each party to bear their own attorneys' fees, expenses, and costs. ECF No. 66. Accordingly, this case is hereby **DISMISSED with prejudice** and **STRICKEN** from the docket of the court.

It is **so ORDERED**.

ENTERED: 10/10/19

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge